IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TITUS L. WILSON,

    Petitioner,                    No. CIV S-08-0419 WBS JFM P

    vs.

J. WALKER, et al.,

    Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1. Respondents are directed to file an answer within forty-five days from the date
3   of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with
4   the answer any and all transcripts or other documents relevant to the determination of the issues
5   presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

6   2. Petitioner's traverse, if any, is due on or before thirty days from the date
7   respondents' answer is filed;

8   3. The Clerk of the Court shall serve a copy of this order together with a copy of
9   petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant
10  Attorney General; and

11  4. Petitioner's February 25, 2008 request for appointment of counsel is denied
12  without prejudice.

13  DATED: March 6, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/ja/001
wils0419 .100f