1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **TITUS L. WILSON,**                        CIV S-08-0419 WBS JFM P

12                                   Petitioner,   **ORDER**

13          **v.**

14   **J. WALKER, et al.,**

15                                  Respondents.

16

17          GOOD   CAUSE   APPEARING,   IT   IS   HEREBY   ORDERED   THAT   Respondent's

18   application for a thirty (30) day extension of time to and including May 21, 2008, to file its answer

19   to the petition for writ of habeas corpus, is GRANTED.

20   Dated:  April 21, 2008.

21

22

23                         UNITED STATES MAGISTRATE JUDGE

24   /wils0419.eot

25

26

27

28